## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cascade Systems LLC,** | Case No. 1:26-cv-00379-RA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Ozone Networks, Inc.,** | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: April 20, 2026
New York, New York

_____
RONNIE ABRAMS
United States District Judge